113 P.3d 223

# SUPREME COURT OF HAWAI'I

**June 14, 2005**

| 26458 | State v. Domingo | Affirmed |

**June 15, 2005**

| 25848 | Tsugawa v. State | Affirmed |

**June 17, 2005**

| 25920 | Yun Ki Cho v. Hawaii Nissan, Inc. | Affirmed |